# MEMORANDUM DECISIONS

ACKER, Respondent, v. KETCHUM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by John F. Acker against George Ketchum and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re ADAMS. (Supreme Court, Appellate Division, First Department. May 17, 1912.) In the matter of George W. Adams, deceased. No opinion. Decree (In re Youngs, 73 Misc. Rep. 335, 132 N. Y. Supp. 689) affirmed, with costs. Order filed.

ADIRONDACK TRUST CO., Respondent, v. KIERNAN, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by the Adirondack Trust Company against Bernard F. J. Kiernan.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOUGHTON, J., not sitting.

ADIRONDACK TRUST CO., Respondent, v. SHARKEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by the Adirondack Trust Company against Thomas M. Sharkey and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOUGHTON, J., not sitting.

ADLER, Appellant, v. PEOPLE'S BANK AT PINCKARD, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by Sigismund L. Adler against the People's Bank at Pinckard. E. D. Brown, for appellant. C. H. Payne, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ADLIN v. EXCELSIOR BRICK CO. OF HAVERSTRAW et al. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by Minnie Adlin, as administratrix, etc., of Elimelech Adlin, deceased, against the Excelsior Brick Company of Haverstraw, impleaded with others. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the question whether the decedent had voluntarily exposed himself to a known danger was for the jury. See, also, 129 App. Div. 713, 113 N. Y. Supp. 1017; 131 App. Div. 913, 115 N. Y. Supp. 1108; 132 App. Div. 904, 116 N. Y. Supp. 1130.

ADMIRAL REALTY CO. v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by the Admiral Realty Company against the City of New York and others. No opinion. Hearing set down for Tuesday, May 14, 1912, at 1 p. m. See, also, Hopper v. Willcox, 76 Misc. Rep. 345, 135 N. Y. Supp. 384.

ADMIRAL REALTY CO., Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by the Admiral Realty Company against the City of New York and others. No opinion. Judgment (Hopper v. Willcox, 76 Misc. Rep. 345, 135 N. Y. Supp. 384) affirmed, with costs, on the opinion of Mr. Justice Blackmar at Special Term.

ALLEN, Respondent, v. JOHNS et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Charles F. Allen against George E. Johns and others. No opinion. Judgment unanimously affirmed, with costs.

ALTHAUSE v. GIROUX (three cases.) (Supreme Court, Appellate Division, First Department. May 24, 1912.) Actions by Walter Althause against Guy E. Giroux. No opinions. Motions denied. Orders filed. See, also, 148 App. Div. 913, 132 N. Y. Supp. 1120.

AMERICAN EXCHANGE NAT. BANK, Respondent, v. PALMER et al., Appellants. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by the American Exchange National Bank against Francis J. Palmer and others. J. P. Howe, for appellants. E. A. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AMERICAN WOOLEN CO., Respondent, v. COHEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by the American Woolen Company against Jacob Cohen, impleaded with the State Bank. W. T. Kohn, for appellant. E. W. Hays, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 App. Div. 880, 127 N. Y. Supp. 787; 144 App. Div. 894, 128 N. Y. Supp. 1111.

ANDEM, Respondent, v. MAIL & EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 19,

1912.) Action by James L. Andem against the Mail & Express Company. C. S. Mackenzie, for appellant. J. C. Tomlinson, for respondent. No opinion. Order affirmed, with costs. Order filed.

---

ANDERSON, Respondent, v. McNULTY BROS., Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by James Anderson against McNulty Bros., impleaded with others. No opinion. Motion denied, without costs. See, also, 134 N. Y. Supp. 21.

---

ANDREWS, Respondent, v. DRESSER, Appellant. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by William S. Andrews against Daniel L. Dresser. C. W. Gould, for appellant. W. W. Cantwell, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 140 App. Div. 925, 125 N. Y. Supp. 731.

SCOTT, J., dissents.

---

ANGLO-SOUTH AMERICAN BANK, Limited, Respondent, v. LEVICK, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Anglo-South American Bank, Limited, against Douglas G. G. Levick, impleaded with others. F. E. M. Bullowa, for appellant. E. T. Rice, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re ARGOTSINGER. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) In the matter of the final judicial settlement of the accounts of Archibald Argotsinger as surviving executor of the will of Sarah A. Ellsworth, deceased. No opinion. Decree unanimously affirmed, with costs.

---

ARNETT, Appellant, v. STATE MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Harriett S. Arnett against the State Mutual Life Insurance Company. No opinion. Motion to amend decision (134 N. Y. Supp. 1125) denied, with $10 costs.

---

In re AVRUTIS. (Supreme Court, Appellate Division, First Department. June 22, 1912.) In the matter of Aaron Avrutis, an attorney. No opinion. Application granted. Settle order on notice. See, also, 134 N. Y. Supp. 1125.

---

BAILEY v. BUFFALO LOAN & SAFE DEPOSIT CO. et al. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by Harlow W. Bailey against the Buffalo Loan & Safe Deposit Company and others.

PER CURIAM. Decision (135 N. Y. Supp. 344) amended, upon motion, so as to provide that the costs awarded to the infant defendants shall be absolute, and not to abide event. The question of compensation to the guardian ad litem is one which should be presented to the trial court.

---

BAILEY et al., Appellants, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Anna S. Bailey and another against the State of New York. No opinion. Judgment unanimously affirmed, with costs. Rehearing denied infra.

---

BAILEY et al., Appellants, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Anna S. Bailey and another against the State of New York. No opinion. Motion for reargument denied. For former decision, see 135 supra.

---

BAKER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 26, 1912.) Action by George H. Baker against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for error in commenting upon the witness at folio 90, and for harmful discussion of the issue at folios 129 and 130.

---

BALCEREK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Theodozya Balcerek, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with cost to appellant to abide event. Held, that plaintiff's intestate was guilty of contributory negligence as matter of law.

---

BALKAU v. ROHE & BRO. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by John Balkau against Rohe & Bro. No opinion. Motion granted, with $10 costs. Order filed.